# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: BARTS, WILLIAM R                                  §   Case No. 13-28906-ABG

   BARTS, NATALYA N                                      §

                                                         §

Debtor(s)                                                §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

   1.  A petition under Chapter 7 of the United States Bankruptcy Code
was filed on July 19, 2013.  The undersigned trustee was appointed on July 19, 2013.

   2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

   3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A.**

   4.  The trustee realized the gross receipts of             $_____6,000.00

           Funds were disbursed in the following amounts:
           Payments made under an
              interim distribution                           _____0.00
           Administrative expenses                           _____9.36
           Bank service fees                                 _____160.00
           Other payments to creditors                       _____0.00
           Non-estate funds paid to 3rd Parties              _____0.00
           Exemptions paid to the debtor                     _____0.00
           Other payments to the debtor                      _____0.00

           Leaving a balance on hand of [1]      $_____5,830.64
The remaining funds are available for distribution.

   5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank
account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest
earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may
receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on
account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing  non-governmental claims in this case was 02/12/2014 and the deadline for filing governmental claims was 01/15/2014.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,350.00.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,350.00, for a total compensation of $1,350.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/15/2015          By:/s/ILENE F. GOLDSTEIN
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 13-28906-ABG | **Trustee:** (330290) ILENE F. GOLDSTEIN |
| **Case Name:** BARTS, WILLIAM R | **Filed (f) or Converted (c):** 07/19/13 (f) |
| BARTS, NATALYA N | **§341(a) Meeting Date:** 08/29/13 |
| **Period Ending:** 04/15/15 | **Claims Bar Date:** 02/12/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) <br><br> **Ref. #** | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Condominium-1417, (purchased in 2003 for $176,00 <br> Imported from original petition Doc# 1 | 116,000.00 | 29,176.00 | | 0.00 | FA |
| 2  Checking- Chase <br> Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 3  Checking- Chase <br> Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 4  Household goods <br> Imported from original petition Doc# 1 | 250.00 | 0.00 | | 0.00 | FA |
| 5  Household goods <br> Imported from original petition Doc# 1 | 250.00 | 0.00 | | 0.00 | FA |
| 6  clothes <br> Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 7  Wedding rings <br> Imported from original petition Doc# 1 | 400.00 | 0.00 | | 0.00 | FA |
| 8  Metlife - 2 retirement accounts <br> Imported from original petition Doc# 1 | 13,000.00 | 0.00 | | 0.00 | FA |
| 9  TIAA-CREF Retirement <br> Imported from original petition Doc# 1 | 7,500.00 | 0.00 | | 0.00 | FA |
| 10  2012 Toyota Prius hatchback <br> Imported from original petition Doc# 1 | 17,000.00 | 5,000.00 | | 6,000.00 | FA |
| 11  Dog <br> Imported from original petition Doc# 1 | 50.00 | 50.00 | | 0.00 | FA |
| **11   Assets   Totals** (Excluding unknown values) | **$154,950.00** | **$34,226.00** | | **$6,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

STATUS:  The Trustee discovered a vehicle that had equity in it and recently sold the equity back to the Debtors pursuant to Court Order.  The Trustee is in the process of closing the case.

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 13-28906-ABG | **Trustee:** (330290)  ILENE F. GOLDSTEIN |
| **Case Name:** BARTS, WILLIAM R | **Filed (f) or Converted (c):** 07/19/13 (f) |
| BARTS, NATALYA N | **§341(a) Meeting Date:** 08/29/13 |
| **Period Ending:** 04/15/15 | **Claims Bar Date:** 02/12/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property)<br><br>**Ref. #** | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**   September 30, 2014      **Current Projected Date Of Final Report (TFR):**   June 30, 2015

Printed: 04/15/2015 01:41 PM      V.13.21

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 13-28906-ABG | **Trustee:** ILENE F. GOLDSTEIN (330290) |
| **Case Name:** BARTS, WILLIAM R | **Bank Name:** Rabobank, N.A. |
| BARTS, NATALYA N | **Account:** ******0666 - Checking Account |
| **Taxpayer ID #:** **-***1475 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 04/15/15 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/06/13 | {10} | Barts | Sale of interest in car | 1129-000 | 6,000.00 | | 6,000.00 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,990.00 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,980.00 |
| 02/25/14 | 101 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/25/2014 FOR CASE #13-28906, Bond Premium Voided on 03/07/14 | 2300-000 | | 7.65 | 5,972.35 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,962.35 |
| 03/07/14 | 101 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/25/2014 FOR CASE #13-28906, Bond Premium Voided: check issued on 02/25/14 | 2300-000 | | -7.65 | 5,970.00 |
| 03/07/14 | 102 | INTERNAL REVENUE SERVICE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/07/2014 FOR CASE #13-28906, Bond Premium Voided on 03/10/14 | 2300-000 | | 6.17 | 5,963.83 |
| 03/10/14 | 102 | INTERNAL REVENUE SERVICE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/07/2014 FOR CASE #13-28906, Bond Premium Voided: check issued on 03/07/14 | 2300-000 | | -6.17 | 5,970.00 |
| 03/10/14 | 103 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/10/2014 FOR CASE #13-28906, Bond Premium | 2300-000 | | 6.17 | 5,963.83 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,953.83 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,943.83 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,933.83 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,923.83 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,913.83 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,903.83 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,893.83 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,883.83 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,873.83 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,863.83 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,853.83 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,843.83 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,833.83 |
| 04/03/15 | 104 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/03/2015 FOR CASE | 2300-000 | | 3.19 | 5,830.64 |

Subtotals :   $6,000.00   $169.36

{} Asset reference(s)

Printed: 04/15/2015 01:41 PM   V.13.21

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 13-28906-ABG | |
| **Case Name:** | BARTS, WILLIAM R | |
| | BARTS, NATALYA N | |
| **Taxpayer ID #:** | **-***1475 | |
| **Period Ending:** | 04/15/15 | |

| | | |
|---|---|---|
| **Trustee:** | ILENE F. GOLDSTEIN (330290) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******0666 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | #13-28906, Bond | | | | |

|  | | Receipts $ | Disbursements $ | |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | 6,000.00 | 169.36 | $5,830.64 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 6,000.00 | 169.36 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | $6,000.00 | $169.36 | |

| Net Receipts : | 6,000.00 |
|---|---|
| Net Estate : | $6,000.00 |

| **TOTAL - ALL ACCOUNTS** | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******0666** | 6,000.00 | 169.36 | 5,830.64 |
| | $6,000.00 | $169.36 | $5,830.64 |

# **E X H I B I T   C**
## **ANALYSIS OF CLAIMS REGISTER**      **Claims Bar Date:** February 12, 2014

**Case Number:** 13-28906-ABG          Page: 1          **Date:** April 15, 2015
**Debtor Name:** BARTS, WILLIAM R                        **Time:** 01:41:27 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | ILENE F. GOLDSTEIN AS TRUSTEE<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $1,350.00 | $0.00 | 1,350.00 |
| 200 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $2,085.00 | $0.00 | 2,085.00 |
| 200 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $66.22 | $0.00 | 66.22 |
| 8<br>100 | CitiMortgage, Inc.<br>P.O. Box 6030<br>Sioux Falls, SD 57117-6030 | Secured | History: Details8-102/12/2014Claim #8 filed by CitiMortgage, Inc., Amount claimed: $71232.26 (Thomas, Kalana )<br>-----* * *<br>Order Disallowing Claim(s) 8 (RE: 26 Objection to Claim). Signed on 3/13/2015 (Green, Charlie) (Entered: 03/17/2015) Claim disallowed in its entirety. | $0.00 | $0.00 | 0.00 |
| 1<br>610 | Nordstrom fsb<br>P.O. Box 6566<br>Englewood, CO 80155 | Unsecured | History: Details1-111/13/2013Claim #1 filed by Nordstrom fsb, Amount claimed: $116.22 (Kirk, Cher )<br>-----* * * | $116.22 | $0.00 | 116.22 |
| 2<br>610 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | History: Details2-111/15/2013Claim #2 filed by Discover Bank, Amount claimed: $1826.13 (Beckman, Kyle )<br>-----* * * | $1,826.13 | $0.00 | 1,826.13 |
| 3<br>610 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | History: Details3-111/19/2013Claim #3 filed by Quantum3 Group LLC as agent for, Amount claimed: $762.98 (Sandhu, Dhar )<br>-----* * * | $762.98 | $0.00 | 762.98 |
| 4<br>610 | Wells Fargo Financial National Bank<br>Wells Fargo Bank NA<br>PO Box 10438<br>Des Moines, IA 50306-0438 | Unsecured | History: Details4-112/11/2013Claim #4 filed by Wells Fargo Financial National Bank, Amount claimed: $3108.56 (Trotter, David )<br>-----* * * | $3,108.56 | $0.00 | 3,108.56 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER      **Claims Bar Date:** February 12, 2014

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** 13-28906-ABG | | | Page: 2 | | **Date:** April 15, 2015 | |
| **Debtor Name:** BARTS, WILLIAM R | | | | | **Time:** 01:41:27 PM | |

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5<br>610 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Unsecured | | $663.41 | $0.00 | 663.41 |
| | | | History: Details5-101/28/2014Claim #5 filed by Capital Recovery V, LLC, Amount claimed: $663.41 (Singh, Ramesh )<br>-------------------------------------------------------------------------------\* \* \* | | | |
| 6<br>610 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Unsecured | | $3,825.00 | $0.00 | 3,825.00 |
| | | | History: Details6-101/31/2014Claim #6 filed by eCAST Settlement Corporation, assignee, Amount claimed: $3825.00 (Lee, Thomas )<br>-------------------------------------------------------------------------------\* \* \* | | | |
| 7<br>610 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Unsecured | | $1,091.77 | $0.00 | 1,091.77 |
| | | | History: Details7-101/31/2014Claim #7 filed by eCAST Settlement Corporation, assignee, Amount claimed: $1091.77 (Lee, Thomas )<br>-------------------------------------------------------------------------------\* \* \* | | | |
| **<< Totals >>** | | | | 14,895.29 | 0.00 | 14,895.29 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 13-28906-ABG
Case Name: BARTS, WILLIAM R
Trustee Name: ILENE F. GOLDSTEIN

**Balance on hand:**                    $         5,830.64

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 8 | CitiMortgage, Inc. | 71,232.26 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:    $           0.00
Remaining balance:                         $         5,830.64

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN AS TRUSTEE | 1,350.00 | 0.00 | 1,350.00 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 2,085.00 | 0.00 | 2,085.00 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 66.22 | 0.00 | 66.22 |

Total to be paid for chapter 7 administration expenses:    $         3,501.22
Remaining balance:                                         $         2,329.42

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $           0.00
Remaining balance:                                             $         2,329.42

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:       $            0.00

Remaining balance:       $       2,329.42

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 11,394.07 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 20.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Nordstrom fsb | 116.22 | 0.00 | 23.76 |
| 2 | Discover Bank | 1,826.13 | 0.00 | 373.34 |
| 3 | Quantum3 Group LLC as agent for | 762.98 | 0.00 | 155.98 |
| 4 | Wells Fargo Financial National Bank | 3,108.56 | 0.00 | 635.52 |
| 5 | Capital Recovery V, LLC | 663.41 | 0.00 | 135.63 |
| 6 | eCAST Settlement Corporation, assignee | 3,825.00 | 0.00 | 781.99 |
| 7 | eCAST Settlement Corporation, assignee | 1,091.77 | 0.00 | 223.20 |

Total to be paid for timely general unsecured claims:       $       2,329.42

Remaining balance:       $            0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**