UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | | |
|---|---|---|---|
| In re: | BARTS, WILLIAM R | § | Case No. 13-28906 |
| | BARTS, NATALYA N | § | |
| | | § | |
| Debtor(s) | | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>ILENE F. GOLDSTEIN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Room 710
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **05/29/2015 at 1:30 pm at the North Branch Court (Round Lake Beach) at 1792 Nicole Lane , Round Lake Beach, Illinois 60073**. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/15/2015     By:   /s/ Ilene F. Goldstein
                                   Trustee

ILENE F. GOLDSTEIN
900 Skokie Blvd
Suite 128
Northbrook, IL  60062
(847) 562-9595

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| In re: BARTS, WILLIAM R<br>　　　　BARTS, NATALYA N<br><br>Debtor(s) | § Case No. 13-28906<br>§<br>§<br>§ |

# SUMMARY OF TRUSTEE'S FINAL REPORT
# AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 6,000.00 |
| *and approved disbursements of* | $ 169.36 |
| *leaving a balance on hand of* [1] | $ 5,830.64 |
| **Balance on hand:** | **$ 5,830.64** |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 8 | CitiMortgage, Inc. | 71,232.26 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 5,830.64 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN AS TRUSTEE | 1,350.00 | 0.00 | 1,350.00 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 2,085.00 | 0.00 | 2,085.00 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 66.22 | 0.00 | 66.22 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 3,501.22 |
| Remaining balance: | $ 2,329.42 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 2,329.42 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 2,329.42 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 11,394.07 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 20.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Nordstrom fsb | 116.22 | 0.00 | 23.76 |
| 2 | Discover Bank | 1,826.13 | 0.00 | 373.34 |
| 3 | Quantum3 Group LLC as agent for | 762.98 | 0.00 | 155.98 |
| 4 | Wells Fargo Financial National Bank | 3,108.56 | 0.00 | 635.52 |
| 5 | Capital Recovery V, LLC | 663.41 | 0.00 | 135.63 |
| 6 | eCAST Settlement Corporation, assignee | 3,825.00 | 0.00 | 781.99 |
| 7 | eCAST Settlement Corporation, assignee | 1,091.77 | 0.00 | 223.20 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 2,329.42 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By:  /s/ILENE F. GOLDSTEIN

ILENE F. GOLDSTEIN
900 Skokie Blvd
Suite 128
Northbrook, IL  60062
(847) 562-9595

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                           Case No. 13-28906-ABG
William R Barts                                                  Chapter 7
Natalya N Barts
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: cgreen          Page 1 of 2          Date Rcvd: Apr 27, 2015
                              Form ID: pdf006       Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2015.
```
db         +William R Barts,    1417 Sutton Ct,    Vernon Hills, IL 60061-1210
jdb        +Natalya N Barts,    1335 N Winslowe Drive,    Apt 202,    Palatine, IL 60074-8528
20749090    Advanced Inpatient Consultants LLC,    525 W Sycamore St,    Vernon Hills, IL 60061-1082
20749091    Advocate Condell Med Ctr,    PO Box 6572,    Carol Stream, IL 60197-6572
20749092   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
           (address filed with court: Bank Of America,    Po Box 982235,    El Paso, TX 79998)
20749097   ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
           (address filed with court: Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20363,
             Kansas City, MO 64195)
20749095   +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
20749096   +Chase Mht Bk,    Attention: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
21517901    CitiMortgage, Inc.,    P.O. Box 6030,    Sioux Falls, SD 57117-6030
20749099   +Citimortgage Inc,    Po Box 9438,    Gaithersburg, MD 20898-9438
20749100   +Comenity/Crate & Barrell,    Attention: Bankruptcy,    Po Box 182686,    Columbus, OH 43218-2686
20749101    Countryside Fire Protection Dist,    PO Box 457,    Wheeling, IL 60090-0457
20749103   +DR Leo J Potetti,    4630 Old Grand Ave Ste B,    Gurnee, IL 60031-2608
20749104   +Dsnb Bloomingdales,    Macy’s Bankruptcy Dept.,    6356 Corley Road,    Norcross, GA 30071-1704
20749106    Global Medical Imaging,    1725 Momentum Pl,    Chicago, IL 60689-5317
20749107   +Harris, Harris & Harris, Ltd.,    111 W Jackson Blvd 400,    Chicago, IL 60604-4135
20749108    Harris & Harris Ltd,    222 Merchandise Mart Plaza #1900,    Chicago, IL 60654-1421
20749109    IHC Libertyville Emergency Phys LLC,    PO Box 3261,    Milwaukee, WI 53201-3261
20749110    Ilinois Bone & Joint,    5057 Paysphere Cir,    Chicago, IL 60674-0001
20749111   +Lake Forest ER Physicians,    332 S Michigan Avenue #600,    Chicago, IL 60604-4318
20749112    Lake Heart Specialists,    35 Tower Ct Ste F,    Gurnee, IL 60031-5712
20749113   +M3 Financial Services Inc,    PO Box 7230,    Westchester, IL 60154-7230
20749114   +Malcolm S. Gerald &Assoc,    332 S. Michigan #514,    Chicago, IL 60604-4318
20749115   +Merchants Cr,    223 W. Jackson Blvd.,    Suite 400,    Chicago, IL 60606-6974
20749116    Murphy Ambulance,    PO Box 6990,    Libertyville, IL 60048-6990
20749118    Northshore University Healthsystem,    23056 Network Place,    Hospital billing,
             Chicago, IL 60673-1230
20749119   +Northwestern Lake Forest ER,    75 Remittance Dr #1951,    Chicago, IL 60675-1951
20749121   +Northwestern Lake Forest Hospital,    660 N Westmoreland Rd,    Lake Forest, IL 60045-1696
20749120    Northwestern Lake Forest Hospital,    c/o CBCS,    PO Box 2334,    Columbus, OH 43216-2334
20749122    Northwestern Medical Faculty Founda,    38693 Eagle Way,    Chicago, IL 60678-1386
20749123    Northwestern Memorial Hospital,    P.O. Box 73690,    Chicago, IL 60673-7690
20749124   +Peoples Gas,    Attention: Bankruptcy Department,    130 E. Randolph 17th Floor,
             Chicago, IL 60601-6207
20749125   +Pinnacle Mgmt Svc,    514 Market Loop Suite 103,    West Dundee, IL 60118-2181
20749126   +Prfrd Cus Ac,    Po Box 94498,    Las Vegas, NV 89193-4498
20749127    Professional Account Services Inc,    PO Box 188,    Brentwood, TN 37024-0188
20970272    Reddy Daram H., MD,    609 W Greenwood Ave,    Waukegan, IL 60087-5000
20749130   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
           (address filed with court: Us Bank/na Nd,    4325 17th Ave S,    Fargo, ND 58125)
20749129   +University of Chicago Medical Ctr,    15965 Collections Center Drive,    Chicago, IL 60693-0159
20749131   +Van Ru Credit Corp,    1350 E Touhy Ave #100E,    Des Plaines, IL 60018-3337
20749132   +Vista Medical Center West,    Waukegan IL Hospital Company LLc,
             c/oDorian B Lasaine, 456 Fulton#210,    Peoria, IL 61602-1220
21318849    Wells Fargo Financial National Bank,    Wells Fargo Bank NA,    PO Box 10438,
             Des Moines IA 50306-0438
21476482    eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
             New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21458750     E-mail/PDF: rmscedi@recoverycorp.com Apr 28 2015 01:22:01     Capital Recovery V, LLC,
             c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
20749093    +E-mail/Text: contact@csicollects.com Apr 28 2015 01:27:22     Certified Services Inc,
             1733 Washington St Ste 2,    Waukegan, IL 60085-5192
20749094    +E-mail/Text: contact@csicollects.com Apr 28 2015 01:27:22     Certified Services, Inc,
             1733 Washinton St #201,    PO Box 177,    Waukegan, IL 60079-0177
21225343     E-mail/PDF: mrdiscen@discover.com Apr 28 2015 01:32:59     Discover Bank,
             DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
20749102    +E-mail/PDF: mrdiscen@discover.com Apr 28 2015 01:32:59     Discover Fin Svcs Llc,    Pob 15316,
             Wilmington, DE 19850-5316
20749105    +E-mail/PDF: gecsedi@recoverycorp.com Apr 28 2015 01:21:42     GECRB/AVB Buying Group,
             Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
20970271     E-mail/Text: RBALTAZAR@ARMORSYS.COM Apr 28 2015 01:27:19     Midwestern Regional Med Ctr,
             c/o Armor Systems Corp,    1700 Keifer Drive Ste 1,    Zion, IL 60099-5105
20749117    +E-mail/Text: bnc@nordstrom.com Apr 28 2015 01:25:21     Nordstrom FSB,
             Attention: Account Services,    Po Box 6566,    Englewood, CO 80155-6566
21219868    +E-mail/Text: bnc@nordstrom.com Apr 28 2015 01:25:21     Nordstrom fsb,    P.O. Box 6566,
             Englewood, CO 80155-6566
21236667     E-mail/Text: bnc-quantum@quantum3group.com Apr 28 2015 01:25:50
             Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
```

```
District/off: 0752-1          User: cgreen               Page 2 of 2                  Date Rcvd: Apr 27, 2015
                              Form ID: pdf006            Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
                                                                                             TOTAL: 10
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty              Law Office of Ilene F Goldstein
20749098*       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court:   Citibank Usa,    Citicorp Credit Services/Attn:Centralize,
                  Po Box 20507,    Kansas City, MO 64195)
21476483*        eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                  New York, NY 10087-9262
20749128        ##+The Bureaus Inc.,    Attention: Bankruptcy Dept.,    1717 Central St.,    Evanston, IL 60201-1507
                                                                                             TOTALS: 1, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2015                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2015 at the address(es) listed below:
```
              Daniel J Winter    on behalf of Joint Debtor Natalya N Barts djw@dwinterlaw.com,   djwlaw@gmail.com,
               r.m.engelmann@gmail.com,lgdanwinter@gmail.com,kasiadanwinter@gmail.com
              Daniel J Winter    on behalf of Debtor William R Barts djw@dwinterlaw.com,   djwlaw@gmail.com,
               r.m.engelmann@gmail.com,lgdanwinter@gmail.com,kasiadanwinter@gmail.com
              Ilene F Goldstein    on behalf of Trustee Ilene F Goldstein, ESQ ifgolds@aol.com,  il35@ecfcbis.com
              Ilene F Goldstein, ESQ    on behalf of Trustee Ilene F Goldstein, ESQ ifgcourt@aol.com,
               IL35@ecfcbis.com
              Ilene F Goldstein, ESQ    ifgcourt@aol.com,  IL35@ecfcbis.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 6
```