# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: BARTS, WILLIAM R | § | Case No. 13-28906 |
| BARTS, NATALYA N | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $137,950.00 *(without deducting any secured claims)* | Assets Exempt: $48,900.00 |
| Total Distribution to Claimants: $2,329.42 | Claims Discharged Without Payment: $9,064.65 |
| Total Expenses of Administration: $3,670.58 | |

3) Total gross receipts of $     6,000.00     (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $     0.00     (see **Exhibit 2** ), yielded net receipts of $6,000.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $71,232.26 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,670.58 | 3,670.58 | 3,670.58 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 11,394.07 | 11,394.07 | 2,329.42 |
| **TOTAL DISBURSEMENTS** | $0.00 | $86,296.91 | $15,064.65 | $6,000.00 |

4) This case was originally filed under Chapter 7 on July 19, 2013. The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _06/17/2015_____   By: _/s/ILENE F. GOLDSTEIN_____
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2012 Toyota Prius hatchback | 1129-000 | 6,000.00 |
| **TOTAL GROSS RECEIPTS** | | $6,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | CitiMortgage, Inc. | 4110-000 | N/A | 71,232.26 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $71,232.26 | $0.00 | $0.00 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILENE F. GOLDSTEIN AS TRUSTEE | 2100-000 | N/A | 1,350.00 | 1,350.00 | 1,350.00 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3110-000 | N/A | 2,085.00 | 2,085.00 | 2,085.00 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3120-000 | N/A | 66.22 | 66.22 | 66.22 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 6.17 | 6.17 | 6.17 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Arthur B. Levine Company | 2300-000 | N/A | 3.19 | 3.19 | 3.19 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$3,670.58** | **$3,670.58** | **$3,670.58** |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Nordstrom fsb | 7100-000 | N/A | 116.22 | 116.22 | 23.76 |
| 2 | Discover Bank | 7100-000 | N/A | 1,826.13 | 1,826.13 | 373.34 |
| 3 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 762.98 | 762.98 | 155.98 |
| 4 | Wells Fargo Financial National Bank | 7100-000 | N/A | 3,108.56 | 3,108.56 | 635.52 |
| 5 | Capital Recovery V, LLC | 7100-000 | N/A | 663.41 | 663.41 | 135.63 |
| 6 | eCAST Settlement Corporation, assignee | 7100-000 | N/A | 3,825.00 | 3,825.00 | 781.99 |
| 7 | eCAST Settlement Corporation, assignee | 7100-000 | N/A | 1,091.77 | 1,091.77 | 223.20 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $11,394.07 | $11,394.07 | $2,329.42 |

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 13-28906 | **Trustee:** (330290) ILENE F. GOLDSTEIN |
| **Case Name:** BARTS, WILLIAM R | **Filed (f) or Converted (c):** 07/19/13 (f) |
| BARTS, NATALYA N | **§341(a) Meeting Date:** 08/29/13 |
| **Period Ending:** 06/17/15 | **Claims Bar Date:** 02/12/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Condominium-1417, (purchased in 2003 for $176,00 Imported from original petition Doc# 1 | 116,000.00 | 29,176.00 | | 0.00 | FA |
| 2  Checking- Chase Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 3  Checking- Chase Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 4  Household goods Imported from original petition Doc# 1 | 250.00 | 0.00 | | 0.00 | FA |
| 5  Household goods Imported from original petition Doc# 1 | 250.00 | 0.00 | | 0.00 | FA |
| 6  clothes Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 7  Wedding rings Imported from original petition Doc# 1 | 400.00 | 0.00 | | 0.00 | FA |
| 8  Metlife - 2 retirement accounts Imported from original petition Doc# 1 | 13,000.00 | 0.00 | | 0.00 | FA |
| 9  TIAA-CREF Retirement Imported from original petition Doc# 1 | 7,500.00 | 0.00 | | 0.00 | FA |
| 10  2012 Toyota Prius hatchback Imported from original petition Doc# 1 | 17,000.00 | 5,000.00 | | 6,000.00 | FA |
| 11  Dog Imported from original petition Doc# 1 | 50.00 | 50.00 | | 0.00 | FA |
| **11**  **Assets**  **Totals** (Excluding unknown values) | **$154,950.00** | **$34,226.00** | | **$6,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

STATUS:  The Trustee discovered a vehicle that had equity in it and recently sold the equity back to the Debtors pursuant to Court Order.  The Trustee is in the process of closing the case.

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

| Case Number: | 13-28906 | | Trustee: | (330290) | ILENE F. GOLDSTEIN |
|---|---|---|---|---|---|
| Case Name: | BARTS, WILLIAM R | | Filed (f) or Converted (c): | 07/19/13 (f) | |
| | BARTS, NATALYA N | | §341(a) Meeting Date: | 08/29/13 | |
| Period Ending: | 06/17/15 | | Claims Bar Date: | 02/12/14 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Initial Projected Date Of Final Report (TFR): | September 30, 2014 | Current Projected Date Of Final Report (TFR): | June 30, 2015 |
|---|---|---|---|

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 13-28906 | |
| **Case Name:** BARTS, WILLIAM R | |
| BARTS, NATALYA N | |
| **Taxpayer ID #:** **-***1475 | |
| **Period Ending:** 06/17/15 | |

| | |
|---|---|
| **Trustee:** | ILENE F. GOLDSTEIN (330290) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******0666 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/06/13 | {10} | Barts | Sale of interest in car | 1129-000 | 6,000.00 | | 6,000.00 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,990.00 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,980.00 |
| 02/25/14 | 101 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/25/2014 FOR CASE #13-28906, Bond Premium Voided on 03/07/14 | 2300-000 | | 7.65 | 5,972.35 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,962.35 |
| 03/07/14 | 101 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/25/2014 FOR CASE #13-28906, Bond Premium Voided: check issued on 02/25/14 | 2300-000 | | -7.65 | 5,970.00 |
| 03/07/14 | 102 | INTERNAL REVENUE SERVICE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/07/2014 FOR CASE #13-28906, Bond Premium Voided on 03/10/14 | 2300-000 | | 6.17 | 5,963.83 |
| 03/10/14 | 102 | INTERNAL REVENUE SERVICE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/07/2014 FOR CASE #13-28906, Bond Premium Voided: check issued on 03/07/14 | 2300-000 | | -6.17 | 5,970.00 |
| 03/10/14 | 103 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/10/2014 FOR CASE #13-28906, Bond Premium | 2300-000 | | 6.17 | 5,963.83 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,953.83 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,943.83 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,933.83 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,923.83 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,913.83 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,903.83 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,893.83 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,883.83 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,873.83 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,863.83 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,853.83 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,843.83 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,833.83 |
| 04/03/15 | 104 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/03/2015 FOR CASE | 2300-000 | | 3.19 | 5,830.64 |

Subtotals :  $6,000.00      $169.36

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 13-28906 | **Trustee:** ILENE F. GOLDSTEIN (330290) |
| **Case Name:** BARTS, WILLIAM R | **Bank Name:** Rabobank, N.A. |
| BARTS, NATALYA N | **Account:** ******0666 - Checking Account |
| **Taxpayer ID #:** **-***1475 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 06/17/15 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | #13-28906, Bond | | | |
| 06/01/15 | 105 | ILENE F. GOLDSTEIN AS TRUSTEE | Dividend paid 100.00% on $1,350.00, Trustee Compensation; Reference: | 2100-000 | 1,350.00 | 4,480.64 |
| 06/01/15 | 106 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $2,085.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | 2,085.00 | 2,395.64 |
| 06/01/15 | 107 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $66.22, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | 66.22 | 2,329.42 |
| 06/01/15 | 108 | Nordstrom fsb | Dividend paid 20.44% on $116.22; Claim# 1; Filed: $116.22; Reference: | 7100-000 | 23.76 | 2,305.66 |
| 06/01/15 | 109 | Discover Bank | Dividend paid 20.44% on $1,826.13; Claim# 2; Filed: $1,826.13; Reference: | 7100-000 | 373.34 | 1,932.32 |
| 06/01/15 | 110 | Quantum3 Group LLC as agent for | Dividend paid 20.44% on $762.98; Claim# 3; Filed: $762.98; Reference: | 7100-000 | 155.98 | 1,776.34 |
| 06/01/15 | 111 | Wells Fargo Financial National Bank | Dividend paid 20.44% on $3,108.56; Claim# 4; Filed: $3,108.56; Reference: | 7100-000 | 635.52 | 1,140.82 |
| 06/01/15 | 112 | Capital Recovery V, LLC | Dividend paid 20.44% on $663.41; Claim# 5; Filed: $663.41; Reference: | 7100-000 | 135.63 | 1,005.19 |
| 06/01/15 | 113 | eCAST Settlement Corporation, assignee | Dividend paid 20.44% on $3,825.00; Claim# 6; Filed: $3,825.00; Reference: | 7100-000 | 781.99 | 223.20 |
| 06/01/15 | 114 | eCAST Settlement Corporation, assignee | Dividend paid 20.44% on $1,091.77; Claim# 7; Filed: $1,091.77; Reference: | 7100-000 | 223.20 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | 6,000.00 | 6,000.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 6,000.00 | 6,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $6,000.00 | $6,000.00 | |

| | |
|---|---|
| Net Receipts : | 6,000.00 |
| Net Estate : | $6,000.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******0666** | 6,000.00 | 6,000.00 | 0.00 |
| | $6,000.00 | $6,000.00 | $0.00 |